```
 1  PETER K. HUSTON (State Bar No. 150058)
    MICHAEL L. SCOTT (State Bar No. 165452)
 2  HEATHER S. TEWKSBURY (State Bar No. 222202)
    E. KATE PATCHEN (NY Reg. 41204634)
 3  Antitrust Division
    U.S. Department of Justice
 4  450 Golden Gate Avenue
    Box 36046, Room 10-0101
 5  San Francisco, CA 94102
    Telephone: (415) 436-6660
 6
    Attorneys for the United States
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12  IN RE TFT-LCD (FLAT PANEL)              [PROPOSED] ORDER GRANTING
    ANTITRUST LITIGATION                    NOTICE OF RELATED CASE
13                                          A CRIMINAL ACTION
14                                          Case No. 07-md-1827 SI
                    _____
15  UNITED STATES OF AMERICA                Case No. CR-08-0804 SI
16        v.
17  CHUNGHWA PICTURE TUBES, LTD.,
18                    Defendant.
                    _____
19
20  UNITED STATES OF AMERICA                Case No. CR-08-0803 SI
21        v.
22  LG DISPLAY CO. LTD. and
    LG DISPLAY AMERICA, INC.,
23
24                    Defendants.
                    _____
25  [CAPTION CONTINUED ON NEXT PAGE]
26  ///
27  ///
28  ///

    NOTICE OF RELATED CASE - PAGE 1
    Case No. CR-10-0756 RS
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHARP CORP.,<br><br>               Defendant. | Case No.  CR-08-0802 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HITACHI DISPLAYS LTD.,<br><br>               Defendant. | Case No.  CR-09-0247 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>EPSON IMAGING DEVICES CORPORATION,<br><br>               Defendant. | Case No.  CR-09-0854 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION,<br><br>               Defendant. | Case No.  CR-09-1166 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HANNSTAR DISPLAY CORPORATION,<br><br>               Defendant. | Case No.  CR-10-0498 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HSIN-TSUNG WANG, aka H.T. WANG,<br><br>               Defendant. | Case No.  CR-10-0756 RS |

NOTICE OF RELATED CASE - PAGE 2
Case No. CR-10-0756 RS

# [~~PROPOSED~~] ORDER

This Court has considered the Notice of Related Case in a Criminal Action under Crim. L. R. 8-1. Because the assignment of <u>United States v. Hsin-Tsung Wang, aka H.T. Wang</u>, CR-10-0756 RS, to Judge Susan Illston is likely to conserve judicial resources and promote an efficient determination of the action, it is ordered that this case is transferred to Judge Illston.

Dated: ~~October~~ 11/1 __, 2010

_____
Judge Susan Illston
U.S. District Court Judge

NOTICE OF RELATED CASE - PAGE 3
Case No. CR-10-0756 RS